3748.  WILCOX *v.* THE STATE.

RUSSELL, J.  1. There was no error in overruling the motion to quash the accusation. *Strickland* v. *State,* 137 *Ga.* 1 (72 S. E. 260).

2. The other assignments of error are not properly presented for consideration by this court.          *Judgment affirmed.*

DECIDED NOVEMBER 20, 1911.

Accusation of carrying pistol without license; from city court of Ocilla—Judge Oxford. August 22, 1911.

*Philip Newbern, R. M. Bryson,* for plaintiff in error.

*H. J. Quincey, solicitor,* contra.